**No. 61565.**—R. H. Macy & Co., Inc. *v*. United States, protests 317772–K and 320584–K (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of sponges similar in all material respect to those the subject of Abstract 61191, the claim of the plaintiff was sustained.